# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MALEN J. MARULLI,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CASE NO. 07cv670 J (NLS)<br><br>**ORDER:**<br><br>**REFERRING MATTER TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
|---|---|

All matters arising in this social security appeal are referred to the Honorable Nita L. Stormes, United States Magistrate Judge, for report and recommendation pursuant to section 636(b)(1)(B) of title 28 of the United States Code and Local Rule 72.1. *See* 28 U.S.C. 636(b)(1)(B) (2006); S.D. Cal. Civ. R. 72.1 (2006).

**IT IS SO ORDERED.**

DATED: April 16, 2007

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

Copies to:   All parties;

United States Attorney's Office, Civil Division

880 Front Street, Suite 6293

San Diego, CA 92101;

Honorable Nita L. Stormes